# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRENDA K. SITRON**
    **Plaintiff,**

  v.                                    Case No. 13-C-0968

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

Pro se plaintiff Brenda Sitron filed this § 405(g) action on August 27, 2013. The court issued a briefing schedule, pursuant to which plaintiff's brief is due by November 27, 2013. Plaintiff requests an extension, indicating that she needs more time to obtain legal representation. She also indicates that on November 10 she experienced vitreous detachment, which she is currently trying to work through.

Good cause having been shown,

**IT IS ORDERED** that plaintiff's request is **GRANTED**. Plaintiff shall file her brief on or before **December 27, 2013**; the Commissioner shall file her response brief and supporting materials on or before **January 27, 2014**; and plaintiff shall file her reply, if any, on or before **February 10, 2014**.

Dated at Milwaukee, Wisconsin this 19th day of November, 2013.

                                            /s Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge