# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRENDA K. SITRON**
       **Plaintiff,**

    **v.**                                                       **Case No. 13-C-0968**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
       **Defendant.**

## ORDER

On May 27, 2014, I issued an order affirming the Commissioner's denial of plaintiff's application for social security disability benefits, and the clerk entered judgment the same day. On August 11, 2014, plaintiff requested additional time to file an appeal, citing her ongoing medical problems. On August 15, 2014, I directed the Commissioner to respond to the request. On August 20, 2014, the Commissioner filed a response, arguing that plaintiff failed to satisfy the requirements for an extension under Fed. R. App. P. 4(a)(5)(A). On August 21, 2014, I issued an order giving plaintiff until August 28, 2014, to file a reply. On August 27, 2014, plaintiff called the clerk's office and indicated that she had not received a copy of the Commissioner's response;[1] the clerk mailed her a copy. The following day plaintiff filed a letter indicating that because she did not receive the Commissioner's response she would not have a reply by August 28. She further indicated that she would "need an attorney as [her] eyesight continues to be a problem. This medical information can be available from 11/10/13 - Feb. 20, 2014. I was unable to clarify issues during the review." (R. 35.)

---

[1] She sent me a letter to the same effect. (R. 36.)

The clerk's office docketed plaintiff's August 28 letter as a motion for extension of time and motion to appoint counsel. However, plaintiff does not indicate that she wants the court to appoint or recruit a lawyer. I will give her more time to file a reply on the appeal extension issue.

**IT IS ORDERED** that plaintiff may file a reply to the Commissioner's response to plaintiff's request for extension of time on or before **September 18, 2014**.

Dated at Milwaukee, Wisconsin this 4th day of September, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge